OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015

7/29/2015
GEE, JERRY          Tr. Ct. No. 114-0957-12-A          WR-83,249-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

UTF

RTS
Discharged
AUG 1 0 2015

JERRY GEE
COFFIELD UNIT - TDC # 1843029
2661 FM 2054
TENNESSEE COLONY, TX 75884

U TF